**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 97-31293
_____

JOHN MCCORKLE and VIRGIE MCCORKLE,

Plaintiffs-Appellees,

VERSUS

CITY OF NEW ORLEANS, et al.,

Defendants,

CITY OF NEW ORLEANS,

Defendant-Appellant.

* * * * * * * * * * * * * * * * * * *

_____

No. 98-30068
_____

JOHN MCCORKLE and VIRGIE MCCORKLE,

Plaintiffs-Appellants,

VERSUS

CITY OF NEW ORLEANS, et al.,

Defendants,

CITY OF NEW ORLEANS,

Defendant-Appellee.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
(96-CV-2042-S)
_____

August 19, 1999

Before JOLLY and SMITH, Circuit Judges, and STAGG,[*] District Judge:

PER CURIAM:[**]

In these two consolidated appeals, we have carefully considered the briefs, pertinent portions of the record, the applicable law, and the oral arguments of counsel. We conclude that there is no reversible error either in the summary judgment granted in favor of plaintiffs on the issue of liability (which the city appeals) or in the amount of damages (which the plaintiffs appeal).

AFFIRMED.

---

[*] District Judge of the Western District of Louisiana, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.